No. 05–171.  AEGIS SECURITY INSURANCE CO. v. CALIFORNIA. Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 05–172.  BOUTON v. FARRELLY, GOVERNOR OF THE VIRGIN ISLANDS, ET AL.  C. A. 3d Cir.  Certiorari denied. ▆▆▆▆

No. 05–173.  FIRST FINANCIAL VENTURES, LLC, ET AL. v. BANK ONE, COLUMBUS, OHIO, N. A.  C. A. 6th Cir.  Certiorari denied.

No. 05–174.  BONG SUN KYE ET AL. v. CHANG LEE.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 05–175.  PALMIERI v. LYNCH ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 05–177.  DORN ET AL. v. GENERAL MOTORS CORP. ET AL. C. A. 6th Cir.  Certiorari denied.

No. 05–179.  MOMPONGO v. GONZALES, ATTORNEY GENERAL. C. A. 8th Cir.  Certiorari denied.

No. 05–180.  CASTRO-RIVERA ET AL. v. FAGUNDO ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 05–189.  ORNDORF v. PAUL REVERE LIFE INSURANCE CO. C. A. 1st Cir.  Certiorari denied.

No. 05–192.  JOHNSON v. BOARD OF BAR OVERSEERS OF MASSACHUSETTS ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 05–193.  JENSEN v. PRUDENTIAL FINANCIAL, INC., ET AL. C. A. 9th Cir.  Certiorari denied.

No. 05–194.  OVERLAND ET AL. v. LOS ANGELES COUNTY, CALIFORNIA, ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 05–195.  SIMPSON v. CHESTERFIELD COUNTY BOARD OF SUPERVISORS.  C. A. 4th Cir.  Certiorari denied.

No. 05–201.  BURKLOW ET AL. v. BASKIN-ROBBINS USA, CO., ET AL.  C. A. 6th Cir.  Certiorari denied.